UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICROSOFT CORP.

                           Plaintiff,

-v-

DUONG DINH TU, et al.,

                          Defendants.

23 Civ. 10685 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

In a separate order today, the Court granted Microsoft Corporation's ("Microsoft") proposed order for a preliminary injunction. Microsoft is directed to serve the preliminary injunction on defendants forthwith by all previously identified means. Counsel for Microsoft is further directed to file, by January 5, 2024, a declaration attesting to the manner and timing of such service.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: December 20, 2023
       New York, New York